UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHRISTOPHER BUCKENBERGER | CIVIL ACTION |
| VERSUS | NO. 10-858 |
| ALL EMPLOYEES (NAMES UNKNOWN), ET AL. | SECTION: "I"(3) |

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection by plaintiff, Christopher Buckenberger, which is hereby **OVERRULED**, approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint is **DISMISSED** as malicious pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i) and 1915A(b)(1). **IT IS FURTHER ORDERED** that the dismissal is without prejudice to plaintiff pursuing, or, if necessary, seeking leave to pursue, his claims in Civil Action No. 06-7393 "F"(3).

New Orleans, Louisiana, this ____14th____ day of April, 2010.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE